IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMARIA STRANGE-DAVISON,<br><br>Plaintiff,<br><br>v.<br><br>K. BETTENCOURT,<br><br>Defendant. | No. 2:23-CV-1354-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On August 28, 2024, the Court ordered the United States Marshal to serve the complaint on Defendants. See ECF No. 12. Process directed to Defendant Bettencourt, who is the sole remaining defendant to this action was returned unexecuted because the United States Marshal was unable to locate the defendant based on the information provided by Plaintiff. See ECF No. 16. Plaintiff must provide additional information to serve this Defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to Plaintiff. If access to the required information is denied or unreasonably delayed, Plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, Plaintiff shall notify the Court whereupon Plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is

cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the Court within 60 days of the date of this order of such additionally ascertained information.

Dated: January 23, 2025

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE